May Term,
1828.

THOMPSON
v.
THE GOVER-
NOR.

---

THOMPSON and Others *v.* The GOVERNOR, in Error.

Thursday,
May 8.

IF a suit be brought on a collector's bond against the prin-
cipal and sureties, it is error to take judgment against the sure-

ties alone, without a suggestion on the record of the sheriff's return to the writ of "non est inventus" as to the principal. R. C. 1824, p. 290.—*Morris* v. *Knight*, 1 Blackf. 106.—*Colman* v. *Graeter*, id. 388. See 1 Saund. p. 207, n. 2, p. 291, n. 4 (1).

(1) *King* v. *Anthony*, ante, p. 131. R. C. 1831; p. 400.